# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1782

_____

United States of America

*Plaintiff - Appellee*

v.

Doncouri Wells, also known as "D"

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: January 26, 2016
Filed: January 29, 2016
[Unpublished]

_____

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Doncouri Wells directly appeals the 300-month sentence the district court[1] imposed after he pled guilty to a child sex-trafficking offense. His counsel has moved

---

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable. Wells has filed a pro se supplemental brief, arguing that a Guidelines enhancement should not have been applied.

In his written plea agreement, Wells stipulated that a sentence of 300 months in prison would be reasonable and appropriate. At his change-of-plea hearing, he confirmed under oath that he had freely and voluntarily entered into the plea agreement, including the stipulation regarding a 300-month prison term, which was below the statutory maximum of life in prison. Thus, upon careful review, we decline to review the issues raised on appeal. <u>See</u> <u>United States v. Olano</u>, 507 U.S. 725, 733 (1993) (waiver is intentional abandonment of known right and results in issue being unreviewable on appeal); <u>United States v. Nguyen</u>, 46 F.3d 781, 783 (8th Cir. 1995) (defendant who explicitly and voluntarily exposes himself to specific sentence may not challenge it on appeal). Having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues that are appropriate for review. Counsel's motion to withdraw is granted, and the judgment is affirmed.

_____